# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-12-00186-CR

| | | |
|---|---|---|
| Asael Furquim Dearruda, Jr. a/k/a Asael F. Dearruda a/k/a Asael Arruda | § | From the 355th District Court |
| | § | of Hood County (CR12024) |
| | § | April 11, 2013 |
| v. | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By_____
Justice Lee Gabriel